UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONIQUE GIVENS, | ) | Case No. CV 11-679 CAS (MRW) |
|            Petitioner, | ) | |
|   vs. | ) | JUDGMENT |
| J. CAVAZOS, Warden, | ) | |
|            Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 14, 2012

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE